**Larry SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 64503.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 15, 1994.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial of his ineffective assistance of counsel claim without an evidentiary hearing. We find the findings of fact issued by the motion court in overruling Movant's Rule 24.035 motion were not clearly erroneous and no error of law appears. Rule 84.16(b)(2) and (5). We further find an opinion would have no precedential value and affirm by written order. Rule 84.16(b). A memorandum has been issued to the parties for their use only.